368

No. 54018.—Louis Meyers & Son, Inc. *v.* United States, protest 945846–G (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

No. 54019.—Cohen Wholesale Grocer, Inc. *v.* United States, protest 142175–K/1722 (Chicago).

Opinion by RAO, J.   When this case was called for trial it was submitted upon the official papers, the plaintiff having indicated by letter that "the grounds we have for the protest are fully and completely set out in the protest, and that our appearance to argue the same would be superfluous."   An examination of the record failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.